## COMMONWEALTH *vs.* ADAM HASSENGER.

Upon a plea in abatement, filed in the superior court, to a complaint originally made to a police court, evidence is not admissible to contradict the statement in the record of the police court that the complaint was received and sworn to before the court.

COMPLAINT charging the illegal keeping of intoxicating liquors; made to the municipal court of Taunton, the record of which stated that the complaint was received and sworn to before the court. The defendant, being convicted, appealed to the superior court, and there filed a plea in abatement, alleging that the complaint was not received and sworn to before any court or magistrate authorized by law to receive the same; and at the trial offered the testimony of the complainant and of the clerk of the court to sustain the allegations of his plea; but *Wilkinson*, J., refused to admit the testimony, and the defendant was found guilty and alleged exceptions.

*S. R. Townsend,* for the defendant.

*C. Allen,* Attorney General, for the Commonwealth.

WELLS, J. The record was conclusive upon the question of the regularity of the jurat. The testimony offered was not competent to establish any fact to the contrary. *Kelley* v. *Dresser,* 11 Allen, 31. Its exclusion therefore furnishes no ground of exception.     *Exceptions overruled.*